[No. 19113-0-II.    Division Two.    April 4, 1997.]

JOHN W. HILDAHL, ET AL., *Appellants*, v. GREGG
BRINGOLF, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 93-2-00889-7, H. John Hall, J., entered
December 23, 1994. *Reversed* by unpublished opinion per
Seinfeld, J., concurred in by Houghton, C.J., and Bridge-
water, J.


[No. 19510-1-II.    Division Two.    April 4, 1997.]

PHILIP R. SINGLETON, ET AL., *Appellants*, v. ROBERT
N. THOMAS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 93-2-00661-8, James D. Roper, J., entered
May 5, 1995. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Houghton, C.J., and Bridgewater,
J.

[Nos. 19562-3-II; 19564-0-II;    Division Two.    April 4, 1997.]
       19901-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. CHERRI
FUNE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. PAT
FUNE, *Appellant*.

*In the Matter of the Personal Restraint of* CHERRI
FUNE, *Petitioner*.

Appeals from judgments of the Superior Court for Grays
Harbor County, No. 94-1-00265-4, 94-1-00266-2, Gordon
Godfrey, J., entered May 15, 1995, together with a
personal restraint petition. Judgment *affirmed* and peti-
tion *denied* by unpublished opinion per Seinfeld, J.,
concurred in by Houghton, C.J., and Armstrong, J.